IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COREY J. BOELTER and JENNIFER L. BOELTER, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL NO. A-22-CV-01214-ADA-SH<br>A-23-CV-00272-ADA |
| US BANK TRUST NATIONAL ASSOCIATION *as Owner Trustee for* VRMTG ASSET TRUST, FAY SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-20, | § § § § § § § § | |
| *Defendants*. | | |

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 13. The report recommends Defendants US Bank Trust National Association as Owner Trustee for VRMTG Asset Trust, Fay Servicing, LLC, and Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment (ECF No. 11) be **GRANTED**. The report and recommendation was filed on June 4, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants US Bank Trust National Association as Owner Trustee for VRMTG Asset Trust, Fay Servicing, LLC, and Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment (ECF No. 11) is **GRANTED.**

**IT IS FINALLY ORDERED** that the Court **GRANTS** summary judgment for Defendants John Does 1-20. A separate final judgment reflecting the terms of this Order will be entered.

**SIGNED** this 25th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE